U.S. DISTRICT COURT
CLERK
02 SEP 10 AM 9:
FILED
DOCKETED
SEP 2 4 2002

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **KEITH JACOBSON,** on behalf of himself and all other Plaintiffs similarly situated known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v | ) ) | No. 02 C 4506 |
| **VILLAGE OF WAUCONDA, WAUCONDA AREA PUBLIC LIBRARY, and TOM KERN, individually** | ) ) ) ) ) | *Hon. Matthew Kennelly* Mag. Judge Mason |
| Defendants. | | |

## PLAINTIFF'S MOTION TO AMEND CASE CAPTION

NOW COMES Plaintiff, by his attorney of record, and for his Motion To Amend Case Caption, states as follows.

1.  Plaintiff inadvertently drafted the complaint and misnamed the corporate Defendant employer, and seeks to amend the same.

2.  Defense counsel has identified that the proper corporate party-Defendant is BOARD OF LIBRARY TRUSTEES OF WAUCONDA AREA PUBLIC LIBRARY DISTRICT, WAUCONDA, ILLINOIS.



WHEREFORE, Plaintiff requests this Court to enter an order allowing the case caption to be amended as requested above, and for such further relief as the Court deems appropriate under the circumstances.

Respectfully Submitted,

John W. Billhorn, Attorney for Plaintiff

John W. Billhorn
BILLHORN LAW FIRM
2226 N. Lincoln Avenue
Suite 1000
Chicago, IL. 60614
(773) 404-1710